# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand and fifteen.

Present:      Ralph K. Winter,
                   *Circuit Judge*.

_____

United States of America,

  Appellee,

      v.

Allen Bryant, AKA Boo, AKA Boo Flare, et al.,

  Defendants,

Aaron Granton, AKA Eric Moore, AKA E Bay, et al.,

_____

**ORDER**
Docket Nos. 15-1645(L);
                15-716(con)

     Appellant Aaron Granton, through counsel, moves for an extension of time to file his brief. IT IS HEREBY ORDERED that the motion is GRANTED solely for the purpose of allowing Appellant to coordinate briefing with the co-defendant's new appellate counsel. Appellant's brief will be due the same day as the co-defendant's brief is due.

                                                      For the Court:

                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

